# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

ARBURY C. BOWERMAN                                                                    PETITIONER


v.                                              Case No. 6:16-cv-6056


WENDY KELLY, Director
ARKANSAS DEPARTMENT OF CORRECTION                              RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed June 30, 2017, by the Honorable

James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF

No. 15). Judge Marschewski recommends that Petitioner's Motion to Vacate, Set Aside, or

Correct a Sentence Pursuant to 28 U.S.C. § 2254 (ECF No. 1) be dismissed. In addition, Judge

Marschewski recommends that no certificate of appealability should issue. No party has filed

objections to the Report and Recommendation, and the time to object has passed.[1] *See* 28 U.S.C.

§ 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly,

Petitioner's petition is **DISMISSED WITH PREJUDICE**.

   **IT IS SO ORDERED**, this 12th day of October, 2017.


                                                    /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    United States District Judge

---

[1] On July 31, 2017, Petitioner filed a motion for leave to amend his habeas petition. ECF No. 18. On October 12, 2017, the Court issued an Order denying Petitioner's request to amend his petition. *See* ECF No. 19.